UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC.,<br><br>Defendant. | CASE NO. 2:23-cv-01774<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs filed this action on November 20, 2023. Dkt. No. 1. Defendant Amazon.com, Inc. filed a motion to dismiss on January 19, 2024. Dkt. No. 26. Plaintiffs subsequently filed an amended complaint on February 9, 2024. Dkt. Nos. 32, 33. Then Amazon filed a second motion to dismiss, this time aimed at Plaintiffs' first amended complaint. Dkt. No. 34.

Accordingly, the Court DENIES Amazon's motion to dismiss Plaintiffs' original complaint as moot. Dkt. No. 26.

MINUTE ORDER - 1

Dated this 26th day of February 2024.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2