UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-01774<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE |

The Court GRANTS the Parties' Stipulated Motion to Extend Deadlines Regarding Defendant's Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint. Dkt. Nos. 33, 38.

Defendant's Motion to Dismiss and/or Strike is re-noted for April 5, 2024. Plaintiffs' response to the Motion is due no later than March 21, 2024. Defendant's reply is due no later than April 5, 2024.

Dated this 18th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge