THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    vs.

AMAZON.COM, Inc.,

        Defendant.

Case No. 2:23-cv-01774-JNW

**STIPULATED MOTION TO EXTEND DEADLINE REGARDING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY OR BIFURCATE CLASS AND COLLECTIVE DISCOVERY**

**NOTE ON MOTION CALENDAR: JUNE 26, 2024**

## STIPULATION

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs, and Defendant Amazon.com, Inc. ("Amazon") hereby jointly stipulate as follows:

1.      On February 9, 2024, Plaintiffs filed their First Amended Complaint against Amazon. Dkt. 33. Amazon filed a Motion to Dismiss and/or Strike the Complaint on February 23, 2024. Dkt. 34. That motion is fully briefed and currently pending before the Court.

2.      Amazon filed its Motion to Stay or Bifurcate Class and Collective Discovery on June 6, 2024, and noted that motion for June 27, 2024. Dkt. 47.

3.      Plaintiffs filed their opposition to Amazon's Motion to Stay or Bifurcate Class and Collective Discovery on June 21, 2024. Dkt. 48. Amazon's reply in support of the motion is currently due to be filed on June 27, 2024.

STIPULATION TO EXTEND DEADLINE
REGARDING DEFENDANT'S REPLY
IN SUPPORT OF STAY MOTION
Page 1 of 3
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

4.     The parties have conferred and agreed to request a modest extension of Amazon's deadline to submit a reply in support of its Motion to Stay or Bifurcate Class and Collective Discovery.  This extension is not sought for the purposes of improper delay, and no party will be prejudiced as a result.

5.     Accordingly, the parties respectfully request that the Motion to Stay or Bifurcate Class and Collective Discovery be re-noted for July 5, 2024, and that Amazon's reply be due no later than July 5, 2024.

6.     This is the first request for an extension of Amazon's reply deadline.  No other dates or deadlines would be altered by this proposed extension of time.

RESPECTFULLY SUBMITTED this 26th day of June, 2024.

By: *s/ Cassandra W. Lenning*
Cassandra W. Lenning, WSBA #54336
Jahan C. Sagafi*
Menaka N. Fernando*
**Outten & Golden LLP**
One California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 638-8800
Adam T. Klein*
Cara E. Greene*
Chauniqua D. Young*
Michael C. Danna*
Lindsay M. Goldbrum*
**Outten & Golden LLP**
685 3rd Ave 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
Jennifer Davidson
**Outten & Golden LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
*Admitted pro hac vice*

*Attorneys for Plaintiffs and the Putative Class and Collective*

By: *s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA # 28651
Shannon McDermott, WSBA # 59455
**Perkins Coie LLP**
1201 3rd Ave. Ste 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com
SMcDermott@perkinscoie.com
Jason C. Schwartz (*pro hac vice*)
Molly T. Senger (*pro hac vice*)
Matt Gregory (*pro hac vice*)
Alex Bruhn (*pro hac vice*)
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
MSenger@gibsondunn.com
MGregory@gibsondunn.com
ABruhn@gibsondunn.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION TO EXTEND DEADLINE
REGARDING DEFENDANT'S REPLY
IN SUPPORT OF STAY MOTION
Page 2 of 3
(Case No. 23-CV-1774)

## **ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED**.

DATED this 26th day of June 2024.

_Jamal W_

Jamal N. Whitehead
United States District Judge

PRESENTED BY:
_s/ Andrew E. Moriarty_
Andrew E. Moriarty, WSBA # 28651
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
AMoriarty@perkinscoie.com

_Attorneys for Defendants Amazon.com, Inc._

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 26, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.


Dated: June 26, 2024.

*s/ Erin Koehler*
Legal Practice Assistant

CERTIFICATE OF SERVICE
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000