THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendants. | Case No. 2:23-cv-01774-JNW<br><br>**STIPULATED MOTION TO EXTEND AMAZON'S DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 20, 2024 |

## STIPULATION

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs, and Defendant Amazon.com, Inc. ("Amazon") hereby jointly stipulate as follows:

1. On February 9, 2024, Plaintiffs filed their First Amended Complaint ("FAC") against Amazon. Dkt. 33. Amazon filed its Motion to Dismiss and/or Strike the FAC ("Motion") on February 23, 2024. Dkt. 34. On December 12, 2024, the Court denied Amazon's Motion. Dkt. 63. Under Federal Rule of Civil Procedure 12(a)(4)(A), Amazon's deadline to file its answer to the FAC is December 26, 2024.

2. The parties have conferred and agreed to request an extension of Amazon's deadline to file its answer to the FAC, which Amazon requested in light of the upcoming holidays

STIPULATION TO EXTEND AMAZON'S
ANSWER DEADLINE – 1
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

170446962.1

1  and the time it will take to answer the class and collective allegations. This extension is not sought

2  for the purposes of improper delay, and no party will be prejudiced as a result.

3        3.   Accordingly, the parties respectfully request that Amazon's deadline to answer the

4  FAC be extended 45 days to February 10, 2025.

5        4.   This is the first request for an extension of Amazon's answer deadline. No other

6  dates or deadlines would be altered by this proposed extension of time.

7        RESPECTFULLY SUBMITTED this 20th day of December, 2024.

| | |
|---|---|
| By: *s/ Cassandra W. Lenning*<br>Cassandra W. Lenning, WSBA #54336<br>Jahan C. Sagafi*<br>Menaka N. Fernando*<br>**Outten & Golden LLP**<br>One California Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br><br>Adam T. Klein*<br>Cara E. Greene*<br>Chauniqua D. Young*<br>Michael C. Danna*<br>Lindsay M. Goldbrum*<br>**Outten & Golden LLP**<br>685 3rd Ave 25th Floor<br>New York, NY 10017<br>Telephone: (212) 209-0675<br><br>Jennifer Davidson*<br>**Outten & Golden LLP**<br>1225 New York Ave NW, Suite 1200B<br>Washington, DC 20005<br>Telephone: (202) 918-5476<br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiffs and the Putative Class and Collective* | By: *s/ Shannon McDermott*<br>Andrew E. Moriarty, WSBA # 28651<br>Shannon McDermott, WSBA # 59455<br>**Perkins Coie LLP**<br>1201 3rd Ave. Ste 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>AMoriarty@perkinscoie.com<br>SMcDermott@perkinscoie.com<br><br>Jason C. Schwartz (*pro hac vice*)<br>Molly T. Senger (*pro hac vice*)<br>Matt Gregory (*pro hac vice*)<br>Alex Bruhn (*pro hac vice*)<br>**Gibson, Dunn & Crutcher LLP**<br>1700 M Street NW<br>Washington, D.C. 20036-4505<br>Telephone: +1.202.955.8500<br>JSchwartz@gibsondunn.com<br>MSenger@gibsondunn.com<br>MGregory@gibsondunn.com<br>ABruhn@gibsondunn.com<br><br>Lauren M. Blas (*pro hac vice*)<br>**Gibson, Dunn & Crutcher LLP**<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: +1.213.229.7503<br>LBlas@gibsondunn.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |

STIPULATION TO EXTEND AMAZON'S
ANSWER DEADLINE – 2
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

170446962.1

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this 23rd day of December 2024.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Shannon McDermott*
Shannon McDermott, WSBA # 59455
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SMcDermott@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION TO EXTEND AMAZON'S
ANSWER DEADLINE – 3
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

170446962.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 20, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: December 20, 2024.

*s/ Shannon McDermott*

CERTIFICATE OF SERVICE
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

170446962.1