THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case No. 2:23-cv-01774<br><br>**NOTICE OF WITHDRAWAL** |

NOTICE OF WITHDRAWAL – i
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: 206.359.8000
Fax: 206.359.9000

TO:          All Counsel of Record

AND TO:   Clerk of the Court

PLEASE TAKE NOTICE that Shannon McDermott withdraws as counsel for Defendant Amazon.com, Inc. Defendant will continue to be represented by Perkins Coie LLP. Pleadings, communications, notices, and other documents related to the above-referenced matter should be sent to Perkins Coie LLP.


Dated:  August 21, 2025

*s/ Shannon McDermott*
Shannon McDermott, WSBA No. 59455
SMcDermott@perkinscoie.com

*s/ Andrew E. Moriarty*
Andrew E. Moriarty, WSBA No. 28651
AMoriarty@perkinscoie.com

*s/ Carrie Akinaka*
Carrie Akinaka, WSBA No. 62079
CAkinaka@perkinscoie.com

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone +1.206.359.8000
Facsimile +1.206.359.9000

*Attorneys for Defendant*
*AMAZON.COM, INC.*

NOTICE OF WITHDRAWAL – 1
(Case No. 23-CV-1774)

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on August 21, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated:  August 21, 2025

*s/ Shannon McDermott*
Shannon McDermott, WSBA No. 59455

CERTIFICATE OF SERVICE
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000