THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, And ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:23-cv-01774-JNW

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

NOTICE ON MOTION CALENDAR: April 10, 2026

MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 1
2:23-cv-01774-JNW

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

Pursuant to Local Rule 83.2(b)(1)-(2), Outten & Golden LLP ("O&G") and Frank Freed Subit & Thomas LLP ("FFST") move to withdraw as counsel for Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs (collectively, "Plaintiffs").  On March 16, 2026, Plaintiffs informed O&G and FFST that they were terminating O&G's and FFST's representation. Yesterday, Plaintiffs confirmed that they are now represented by new counsel at Bibiyan Law Group, P.C.

O&G and FFST remain counsel for proposed Plaintiffs Caitlin Cordova and Terisha Taylor, whose claims are pleaded in the proposed Second Amended Complaint, which is the subject of the pending motion to amend.  ECF No. 87.  Bibiyan Law Group, P.C. does not represent proposed Plaintiffs Cordova or Taylor.

DATED this 20th day of March 2026.                OUTTEN & GOLDEN LLP


By: */s/ Jahan C. Sagafi*
      Jahan C. Sagafi*
      Menaka N. Fernando*
      One California Street, Suite 1250
      San Francisco, CA 94111
      Telephone: (415) 638-8800

      Adam T. Klein*
      Cara E. Greene*
      Chauniqua Young*
      Michael C. Danna*
      685 3rd Ave 25th Floor
      New York, NY 10017
      Telephone: (212) 209-0675

      Jennifer Davidson*
      1225 New York Ave NW, Suite 1200B
      Washington, DC 20005
      Telephone: (202) 918-5476

      *admitted pro hac vice*

MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 2
2:23-cv-01774-JNW

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

FRANK FREED SUBIT & THOMAS LLP


By: */s/ Michael C. Subit*
    Michael C. Subit, WSBA No. 29189
    705 2nd Avenue, Suite 1200
    Seattle, WA 98104
    Tel:  (206) 682-6711
    Fax:  (206) 682-0401

    msubit@frankfreed.com

MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 3
2:23-cv-01774-JNW

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 20, 2026, I caused the foregoing Motion to Withdraw and Substitute Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

I certify that on March 20, 2026 I served the plaintiffs and their counsel through electronic mail to the email addresses set forth below:

Cassandra Lenning
BIBIYAN LAW GROUP, P.C.
1460 Westwood Boulevard
Los Angeles, CA 90024
Email: CLenning@tomorrowlaw.com

Caroline Wilmuth
caroline.wilmuth@gmail.com

Katherine Schomer
schkg@hotmail.com

David Bibiyan
BIBIYAN LAW GROUP, P.C.
1460 Westwood Boulevard
Los Angeles, CA 90024
Email: David@tomorrowlaw.com

Erin Combs
erincombs13@gmail.com

DATED: March 20, 2026

FRANK FREED SUBIT & THOMAS LLP

By:    *s/ Michael C. Subit*
         Michael C. Subit

MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL - 4
2:23-cv-01774-JNW

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800