THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

                Plaintiffs,

      v.

AMAZON.com, Inc.,

                Defendant.

GAYATRI SRINIVAS and AMY CISNEROZ, on behalf of themselves and all others similarly situated,

                Plaintiff-Intervenors,

      v.

AMAZON.com, Inc.,

                Defendant.

Case No. 2:23-cv-01774-JNW

**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION TO INTERVENE**

NOTICE ON MOTION CALENDAR:
April 10, 2026

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE
2:23-cv-01774-JNW

Page 1

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

Before the Court is Plaintiff-Intervenors' Motion to Intervene.  Having considered Plaintiff-Intervenors' Motion, and all documents and exhibits in support thereof, it is hereby ORDERED that Plaintiff-Intervenors' Motion to Intervene is GRANTED.  Plaintiff-Intervenors shall file their Complaint in Intervention within ten (10) days of this Order.

Dated this ___ day of _____ 2026

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

FRANK FREED SUBIT & THOMAS LLP

By:    /s/ Michael C. Subit
          Michael C. Subit, WSBA No. 29189
          msubit@frankfreed.com
          705 Second Avenue, Suite 1200
          Seattle, Washington 98104
          Telephone: (206) 682-6711
          Facsimile: (206) 682-0401

OUTTEN & GOLDEN LLP

          Jahan C. Sagafi*
          Hannah C. Meropol*
          Sophia Jane Balkoski**
          One California Street, Suite 1250
          San Franciso, CA 94111
          Telephone: (415) 638-8800
          jsagafi@outtengolden.com
          HMeropol@outtengolden.com
          JBalkoski@outtengolden.com

          Adam T. Klein*
          Cara E. Greene*
          Chauniqua Young*

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE
2:23-cv-01774-JNW

Page 0

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

Michael C. Danna*
Zarka S. Dsouza**
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklien@outtengolden.com
cgreene@outtengolden.com
cyoung@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang**
Jennifer Davidson*
Jon Ostrowsky*
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com

*admitted pro hac vice

**pro hac vice forthcoming

Attorneys for Plaintiff-Intervenors and the Proposed Class

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE
2:23-cv-01774-JNW

Page 1

OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800