THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendants.

Case No. 2:23-cv-01774-JNW

**STIPULATED MOTION REGARDING BRIEFING AND BRIEFING SCHEDULE ON MOTION TO INTERVENE**

NOTE ON MOTION CALENDAR: MARCH 27, 2026

**STIPULATION**

Pursuant to Local Rules 7(f) and 7(j), all parties and proposed intervenor plaintiffs jointly stipulate as follows:

1.    On March 20, 2026, Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs (the "Named Plaintiffs") filed a motion to withdraw Outten & Golden and Frank Freed Subit & Thomas as their counsel and substitute Bibyan Law Group, P.C. as counsel for the Named Plaintiffs. ECF No. 102.

2.    Outten & Golden and Frank Freed Subit & Thomas continue to represent proposed plaintiffs Caitlin Cordova and Terisha Taylor, whose claims are pleaded in the proposed Second Amended Complaint, which is the subject of a pending motion to amend. ECF No. 87.

STIPULATION REGARDING BRIEFING ON
MOTION TO INTERVENE – 1
(Case No. 23-CV-1774)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

186486991.5

3.      On March 20, 2026, proposed intervenors Gayatri Srinivas and Amy Cisneroz, represented by Outten & Golden and Frank Freed Subit & Thomas, moved to intervene. ECF No. 103. The motion to intervene is noted for April 10, 2026. Defendant and the Named Plaintiffs intend to oppose the motion to intervene.

4.      The parties and proposed intervenors have conferred and agreed to request an extension of the briefing schedule and an adjustment of the word limit for proposed intervenors' reply brief in support of their motion to intervene, as follows:

       a.      Opposition papers of Amazon and Named Plaintiffs will be due Thursday, April 16, 2026; and

       b.      Proposed intervenors will file their reply by Monday April 27, with up to double the standard word count.

5.      This extension is not sought for the purposes of improper delay, and no party will be prejudiced as a result. No other dates or deadlines would be altered by this proposed extension of time.

6.      Accordingly, the parties and proposed intervenors respectfully request that the Court enter an order consistent with the foregoing.

//

//

//

//

//

//

//

//

STIPULATION REGARDING BRIEFING ON
MOTION TO INTERVENE – 2
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

186486991.5

RESPECTFULLY SUBMITTED this 27th day of March, 2026.
.

By: *s/ Carrie Akinaka*

Andrew E. Moriarty, WSBA # 28651

Carrie Akinaka, WSBA # 62079

**Perkins Coie LLP**

1301 2nd Ave. Ste 4200

Seattle, Washington 98101-3804

Telephone: +1.206.359.8000

AMoriarty@perkinscoie.com

CAkinaka@perkinscoie.com

Jason C. Schwartz (*pro hac vice*)

Molly T. Senger (*pro hac vice*)

Matt Gregory (*pro hac vice*)

Alex Bruhn (*pro hac vice*)

**Gibson, Dunn & Crutcher LLP**

1700 M Street NW

Washington, D.C. 20036-4505

Telephone: +1.202.955.8500

JSchwartz@gibsondunn.com

MSenger@gibsondunn.com

MGregory@gibsondunn.com

ABruhn@gibsondunn.com

Lauren M. Blas (*pro hac vice*)

**Gibson, Dunn & Crutcher LLP**

333 S. Grand Ave.

Los Angeles, CA 90071-3197

Telephone: +1.213.229.7503

LBlas@gibsondunn.com

*Attorneys for Defendant Amazon.com, Inc*

By: *s/ Cassandra Lenning*

Cassandra Lenning

WSBA #54336

**BIBIYAN LAW GROUP, P.C.**

1460 Westwood Boulevard

Los Angeles, CA 90024

Email: CLenning@tomorrowlaw.com

STIPULATION REGARDING BRIEFING ON
MOTION TO INTERVENE – 3
(Case No. 23-CV-1774)

186486991.5

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*Attorneys for Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs*
By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
msubit@frankfreed.com

Jahan C. Sagafi*
Hannah C. Meropol*
Sophia Jane Balkoski**
**OUTTEN & GOLDEN LLP**
One California Street, Suite 1250
San Franciso, CA 94111
Telephone: (415) 638-8800
jsagafi@outtengolden.com
HMeropol@outtengolden.com
JBalkoski@outtengolden.com

Adam T. Klein*
Cara E. Greene*
Chauniqua Young*
Michael C. Danna*
Zarka S. Dsouza**
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklien@outtengolden.com
cgreene@outtengolden.com
cyoung@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang**
Jennifer Davidson*
Jon Ostrowsky*
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com

*admitted pro hac vice*

**pro hac vice forthcoming*

STIPULATION REGARDING BRIEFING ON
MOTION TO INTERVENE – 4
(Case No. 23-CV-1774)

186486991.5

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*Attorneys for Plaintiff-Intervenors*

## **ORDER**

Based upon the foregoing Stipulation, **IT IS SO ORDERED.**

DATED this ___30th___ day of ___March_____ 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Andrew E. Moriarty*
_____
Andrew E. Moriarty, WSBA # 28651
Perkins Coie LLP
1301 2nd Ave. Ste 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
CAkinaka@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION REGARDING BRIEFING ON
MOTION TO INTERVENE – 5
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

186486991.5

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2026, I caused the foregoing **STIPULATED MOTION REGARDING BRIEFING AND BRIEFING SCHEDULE ON MOTION TO INTERVENE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record. I certify that on March 27, 2026, I served the plaintiffs and their counsel through electronic mail to the email addresses set forth below:

Cassandra Lenning
BIBIYAN LAW GROUP, P.C.
1460 Westwood Boulevard
Los Angeles, CA 90024
Email: CLenning@tomorrowlaw.com

David Bibiyan
BIBIYAN LAW GROUP, P.C.
1460 Westwood Boulevard
Los Angeles, CA 90024
Email: David@tomorrowlaw.com

Michael C. Subit
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401
msubit@frankfreed.com

Adam T. Klein
Cara E. Greene
Chauniqua Young
Michael C. Danna
Zarka S. Dsouza
OUTTEN & GOLDEN LLP
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklien@outtengolden.com
cgreene@outtengolden.com
cyoung@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

CERTIFICATE OF SERVICE – 6
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

186486991.5

Dated: March 27, 2026 at Seattle, Washington.

__/s/ Carrie Akinaka__
Carrie Akinaka

CERTIFICATE OF SERVICE – 7
(Case No. 23-CV-1774)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

186486991.5