THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>AMAZON.com, Inc.,<br><br>                  Defendant. | Case No. 2:23-cv-01774-JNW<br>Case No. 2:26-cv-01199-JNW<br><br>**ORDER WITHDRAWING MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL** |
| GAYATRI SRINIVAS and AMY CISNEROZ, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>AMAZON.com, Inc.,<br><br>                  Defendant. | |

ORDER
2:23-CV-01774-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

This matter comes before the Court on the Notice and Stipulation filed on June 10, 2026 by *Wilmuth* Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs ("*Wilmuth* Plaintiffs") and *Srinivas* Plaintiffs Gayatri Srinivas and Amy Cisneroz ("*Srinivas* Plaintiffs"), *Wilmuth* Dkt. 154 & *Srinivas* Dkt. 65.

Having considered the Notice and Joint Stipulation, IT IS HEREBY ORDERED that the *Srinivas* Plaintiffs' pending motion for designation as Interim Class Counsel, *Wilmuth* Dkt. 151, is withdrawn. The Court directs the Clerk to terminate the motion.

DATED this 30th day of June 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER
2:23-CV-01774-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

Presented by:

/s/Jahan C. Sagafi
Jahan C. Sagafi*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com

*admitted *pro hac vice*

/s/Cassandra Lenning
Cassandra Lenning (WSBA #54336)
1460 Westwood Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
clenning@tomorrowlaw.com

*Attorneys for Plaintiffs and the Putative Class*

ORDER
2:23-CV-01774-JNW