THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:23-cv-01774-JNW

**ORDER ON JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

NOTE ON MOTION CALENDAR: June 29, 2026

ORDER ON JOINT
MOTION TO EXTEND DISCOVERY DEADLINES
2:23-CV-01774-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

**ORDER**

The matter comes before the Court on the parties' Joint Motion to Extend Discovery Deadlines. Having considered the Joint Motion, IT IS HEREBY ORDERED that the Motion is granted and the discovery deadlines are modified as follow:

| Event | Current Deadline | New Deadline |
|---|---|---|
| All discovery motions | June 30, 2026 | October 30, 2026 |
| Close of fact discovery | August 14, 2026 | December 14, 2026 |
| Plaintiffs' class cert expert disclosures | September 30, 2026 | February 1, 2027 |
| Rebuttal class cert expert disclosures | November 13, 2026 | March 15, 2027 |
| Close of expert discovery | January 15, 2027 | May 17, 2027 |
| Plaintiffs' motion for class certification | February 16, 2027 | June 16, 2027 |
| Defendant's opposition to motion for class certification | March 16, 2027 | July 16, 2027 |

DATED this 30th day of June, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi*
**Outten & Golden LLP**
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com

*Attorneys for Plaintiffs, Proposed Intervenors and the Putative Class*

ORDER ON JOINT
MOTION TO EXTEND DISCOVERY DEADLINES
2:23-CV-01774-JNW

OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800