THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:23-cv-01774-JNW

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

NOTE ON MOTION CALENDAR:
October 26, 2026

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The Parties have conferred and jointly respectfully request the Court extend the discovery deadlines in this matter. Although the Parties are making significant progress, they anticipate needing additional time to complete discovery. The Parties propose the following schedule, without prejudice to seeking additional extensions as needed subsequently (including after the resolution of pending motions, including Plaintiffs' Motion to Amend (ECF No. 94), Motion to Consolidate (ECF No. 122), and Motion to Compel (ECF No. 176)):

| Event | Current Deadline | New Deadline |
|---|---|---|
| All discovery motions | October 30, 2026 | February 1, 2027 |
| Close of fact discovery | December 14, 2026 | March 15, 2027 |
| Plaintiffs' class cert expert disclosures | February 1, 2027 | May 3, 2027 |
| Rebuttal class cert expert disclosures | March 15, 2027 | June 15, 2027 |
| Close of expert discovery | May 17, 2027 | August 17, 2027 |
| Plaintiffs' motion for class certification | June 16, 2027 | September 16, 2027 |
| Defendant's opposition to motion for class certification | July 16, 2027 | October 18, 2027 |

RESPECTFULLY SUBMITTED this 26th day of October, 2026.

By: _/s/ Carrie Akinaka_

Andrew E. Moriarty, WSBA No. 28651
Julianna Bennington, WSBA No. 60357
Carrie Akinaka, WSBA No. 62079
**Ashurst Perkins Coie US LLP**
1301 2nd Ave. Ste. 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Andrew.Moriarty@perkinscoie.com
Julianna.Bennington@perkinscoie.com
Carrie.Akinaka@perkinscoie.com

Jason C. Schwartz (pro hac vice)
Molly T. Senger (pro hac vice)
Matt Gregory (pro hac vice)
Alex Bruhn (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
1700 M St. N.W.
Washington, D.C. 20036
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
MSenger@gibsondunn.com
MGregory@gibsondunn.com
ABruhn@gibsondunn.com

Lauren Blas (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1.213.229.3800
Facsimile: +1.949.451.4220
LBlas@gibsondunn.com

*Attorneys for Defendant Amazon.com Inc.*

By: _/s/ Jahan C. Sagafi_

OUTTEN & GOLDEN LLP
Jahan C. Sagafi*
Hannah C. Meropol*
Sophia Jane Balkoski*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com
hmeropol@outtengolden.com
jbalkoski@outtengolden.com

Adam T. Klein*
Cara E. Greene*
Michael C. Danna*
Zarka Shabir DSouza*
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklein@outtengolden.com
cgreene@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang*
Jennifer Davidson*
Jon Ostrowsky*
Christopher Ewell**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com
cewell@outtengolden.com

BIBIYAN LAW GROUP, P.C.
By: _/s/ Cassandra Lenning_
Cassandra Lenning, WSBA No. 54336
David Bibiyan*
Bevin Pike*
Trisha Monesi Anderson*
Madison Gunning*

Alexis Hanson*
Adarsh Parthasarathy*
**Bibiyan Law Group, P.C.**
1460 Westwood Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
clenning@tomorrowlaw.com
david@tomorrowlaw.com
bpike@tomorrowlaw.com
tmonesi@tomorrowlaw.com
mgunning@tomorrowlaw.com
ahanson@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com

FRANK FREED SUBIT & THOMAS LLP
Michael C. Subit, WSBA No. 29189
Jillian Cutler, WSBA No. 39305
msubit@frankfreed.com
jcutler@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401

EQUAL RIGHTS ADVOCATES
Noreen Farrell*
Catherine Bendor*
Cassidy Clark*
611 Mission St, 4th Floor
San Francisco, CA 94105
Mailing: 150 Sutter St, P.O. Box #87
San Francisco, CA 94104
Telephone: (415) 471-1470
nfarrell@equalrights.org
cbendor@equalrights.org
cclark@equalrights.org

*Attorneys for Plaintiffs and the Putative Class*

**admitted pro hac vice*
*** pro hac vice admission application forthcoming*