THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.com, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01774-JNW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>NOTE ON MOTION CALENDAR: October 26, 2026 |



OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

**PROPOSED ORDER**

The matter comes before the Court on the parties' Joint Motion to Extend Discovery Deadlines. Having considered the Joint Motion, IT IS HEREBY ORDERED that the Motion is granted and the discovery deadlines are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| All discovery motions | October 30, 2026 | February 1, 2027 |
| Close of fact discovery | December 14, 2026 | March 15, 2027 |
| Plaintiffs' class cert expert disclosures | February 1, 2027 | May 3, 2027 |
| Rebuttal class cert expert disclosures | March 15, 2027 | June 15, 2027 |
| Close of expert discovery | May 17, 2027 | August 17, 2027 |
| Plaintiffs' motion for class certification | June 16, 2027 | September 16, 2027 |
| Defendant's opposition to motion for class certification | July 16, 2027 | October 18, 2027 |

DATED this _______day of ________________2026.

______________________________
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi*
**Outten & Golden LLP**
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com

*Attorneys for Plaintiffs and the Putative Class*
** admitted pro hac vice*