THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.com, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01774-JNW<br><br>**ORDER GRANTING MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER** |

This matter came before the Court upon the Motion of Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs ("Plaintiffs") to Quash Subpoenas and for Protective Order ("Motion"). Having considered the Motion, the supporting memorandum, declarations, exhibits, any response or reply briefs filed in connection therewith, and the arguments of counsel, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED in its entirety.
2. Subpoenas Quashed: The Subpoenas to Produce Documents or Information served by Defendant Amazon.com, Inc. (“Defendant”) on Third-Party Employers American Express Company; Lyft, Inc.; and Starbucks Corporation on or about October 15, 2026, as well as the Subpoenas to Produce Documents or Information served by Defendant on Third-Party



BIBIYAN LAW GROUP, P.C.
Columbia Center
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

Employers Daniel J. Edelman Holdings, Inc.; PRR, Inc.; Wizards of the Coast LLC; and Holistic AI on or about October 23, 2026, are hereby QUASHED. The Third-Party Employers are relieved of any obligation to appear, testify, or produce documents, electronically stored information, or tangible items in response to said Subpoenas.

3. Subpoenas Quashed: The Subpoenas to Produce Documents or Information served by Defendant on Canary Research & Strategy, LLC and Artio Strategies LLC (the "Consulting Firms") on or about October 16, 2026, are hereby QUASHED to the extent they seek documents unrelated to the Consulting Firms' income or finances. The Consulting Firms are relieved of any obligation to appear, testify, or produce documents, electronically stored information, or tangible items in response to said Subpoenas other than documents relating to the Consulting Firms' income or finances.

4. Protective Order Entered: Pursuant to CR 26(c), a Protective Order is hereby entered prohibiting Defendant, as well as its counsel, agents, and representatives, from:

   (a) Seeking the production of the documents, communications, or categories of information identified in the quashed Subpoenas from the Third-Party Employers;

   (b) Seeking the production of the documents, communications, or categories of information identified in the quashed Subpoenas from the Consulting Firms, other than those that relate to their income or finances;

   and

   (c) Issuing further discovery or subpoenas to the Third-Party Employers or Consulting Firms concerning the subject matter of this action without prior leave of Court upon a showing of substantial need and good cause.



**BIBIYAN LAW GROUP, P.C.**
Columbia Center
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

**SIGNED AND ORDERED** this __ day of _________________, 2026.

_______________________________________
The Honorable Judge Jamal N. Whitehead

Presented By:

*/s/Cassandra W. Lenning*
Cassandra Lenning, WSBA No. 54336
Scott J. Aldworth, WSBA No. 60949
Adarsh N. Parthasarathy, WSBA No. 62319
Alexis E. Hanson, WSBA No. 64041
Madison Gunning, CA Bar No. 345222*
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043
Fax: (206) 225-2067
*clenning@tomorrowlaw.com*
*saldworth@tomorrowlaw.com*
*aparthasarathy@tomorrowlaw.com*
*ahanson@tomorrowlaw.com*
*mgunning@tomorrowlaw.com*

*Attorneys for Plaintiffs*

* *Admitted Pro-Hac Vice*