THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

No. 2:23-cv-01774-JNW

**STIPULATED NOTICE OF EXTENSION OF RESPONSE DEADLINES FOR MOTION TO QUASH AND FOR PROTECTIVE ORDER**



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

As authorized by Judge Whitehead's Chambers Procedures, Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs ("Plaintiffs") and Defendant Amazon.com, Inc. (together, the "Parties") have agreed to extend the following deadlines in response to Plaintiffs' Motion to Quash Third-Party Subpoenas and for Protective Order (Dkt. 190) (the "Motion"):

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Opposition to the Motion | November 5, 2026 | November 12, 2026 |
| Plaintiffs' Reply in Support of the Motion | November 10, 2026 | November 17, 2026 |

All four conditions set forth in Section 5.5 of Judge Whitehead's Chambers Procedures are met here: (1) the deadline at issue comes due before the dispositive motions deadline set in the Court's trial scheduling order; (2) all Parties stipulate to the change; (3) the Parties have not previously extended the deadline at issue; and (4) the stipulation does not alter the date or deadline for any hearing or final submission to the Court related to a hearing.

The Parties request that the Clerk of the Court reset the deadlines as noticed and, pursuant to LCR 7(l), renote the Motion from November 10, 2026, to November 17, 2026.

RESPECTFULLY SUBMITTED this 3rd day of November, 2026.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

By: */s/ Carrie Akinaka*

Andrew E. Moriarty, WSBA No. 28651
Juliana Bennington, WSBA No. 60357
Carrie Akinaka, WSBA No. 62079
**Ashurst Perkins Coie US LLP**
1301 2nd Ave. Ste. 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Andrew.Moriarty@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Carrie.Akinaka@ashurstperkins.com

Jason C. Schwartz (pro hac vice)
Molly T. Senger (pro hac vice)
Matt Gregory (pro hac vice)
Alex Bruhn (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
1700 M St. N.W.
Washington, D.C. 20036
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
MSenger@gibsondunn.com
MGregory@gibsondunn.com
ABruhn@gibsondunn.com

Lauren Blas (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1.213.229.3800
Facsimile: +1.949.451.4220
LBlas@gibsondunn.com

*Attorneys for Defendant Amazon.com Inc.*

By: */s/ Jahan C. Sagafi (with permission)*

OUTTEN & GOLDEN LLP
Jahan C. Sagafi*
Hannah C. Meropol*
Sophia Jane Balkoski*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com
hmeropol@outtengolden.com
jbalkoski@outtengolden.com

Adam T. Klein*
Cara E. Greene*
Michael C. Danna*
Zarka Shabir DSouza*
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklein@outtengolden.com
cgreene@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang*
Jennifer Davidson*
Jon Ostrowsky*
Christopher Ewell**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com
cewell@outtengolden.com

BIBIYAN LAW GROUP, P.C.

By: */s/ Scott Aldworth (with permission)*

Cassandra Lenning, WSBA No. 54336
Scott Aldworth, WSBA No. 60949
David Bibiyan*
Bevin Pike*
Trisha Monesi Anderson*

Madison Gunning*
Alexis Hanson*
Adarsh Parthasarathy*
1460 Westwood Blvd.
Los Angeles, CA 90024
Telephone: (310) 438-5555
clenning@tomorrowlaw.com
saldworth@tomorrowlaw.com
david@tomorrowlaw.com
bpike@tomorrowlaw.com
tmonesi@tomorrowlaw.com
mgunning@tomorrowlaw.com
ahanson@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com

FRANK FREED SUBIT & THOMAS LLP
Michael C. Subit, WSBA No. 29189
Jillian Cutler, WSBA No. 39305
msubit@frankfreed.com
jcutler@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401

EQUAL RIGHTS ADVOCATES
Noreen Farrell*
Catherine Bendor*
Cassidy Clark*
611 Mission St, 4th Floor
San Francisco, CA 94105
Mailing: 150 Sutter St, P.O. Box #87
San Francisco, CA 94104
Telephone: (415) 471-1470
nfarrell@equalrights.org
cbendor@equalrights.org
cclark@equalrights.org

*Attorneys for Plaintiffs and the Putative Class*

**admitted pro hac vice*
*** pro hac vice admission application forthcoming*



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000