THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.com, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01774-JNW<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that, in association with counsel for Plaintiffs and the Putative Class currently appeared in this matter, Scott J. Aldworth of Bibiyan Law Group, P.C., hereby enters his appearance in the above-entitled proceedings on behalf of Plaintiffs and the Putative Class. You are hereby requested to serve all further papers and pleadings herein upon the undersigned attorney at the address stated below.

/ /

/ /

/ /

/ /



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

DATED this 6th day of November, 2026 By: */s/ Scott J. Aldworth*

Scott J. Aldworth, WSBA No. 60949
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (971) 717-8196
*saldworth@tomorrowlaw.com*

*Attorney for Plaintiffs and the Putative Class*