THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:23-cv-01774-JNW

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that Jillian M. Cutler of Frank Freed Subit & Thomas LLP hereby withdraws as counsel of record for Plaintiff-Intervenors Gayatri Srinivas and Amy Cisneroz and all others similarly situated. The remaining counsel from the firms listed below will remain as counsel of record for Plaintiffs, Plaintiff-Intervenors, and the Putative Class.



FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

DATED this 9th day of November 2026.

FRANK FREED SUBIT & THOMAS LLP

By: */s/ Jillian M. Cutler*
Jillian M. Cutler, WSBA No. 39305
jcutler@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711

*Withdrawing Attorney*

FRANK FREED SUBIT & THOMAS LLP

Michael C. Subit, WSBA No. 29189
msubit@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711

OUTTEN & GOLDEN LLP

Jahan C. Sagafi*
Hannah C. Meropol*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com
hmeropol@outtengolden.com

Adam T. Klein*
Cara E. Greene*
Michael C. Danna*
Zarka Shabir DSouza*
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklein@outtengolden.com
cgreene@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang*
Jennifer Davidson*
Jon Ostrowsky*
Christopher Ewell*
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com
cewell@outtengolden.com

EQUAL RIGHTS ADVOCATES

Noreen Farrell*
Catherine Bendor*
Cassidy Clark*
611 Mission St, 4th Floor
San Francisco, CA 94105
Mailing: 150 Sutter St, P.O. Box #87
San Francisco, CA 94104
Telephone: (415) 471-1470
nfarrell@equalrights.org
cbendor@equalrights.org
cclark@equalrights.org

BIBIYAN LAW GROUP, P.C.

Cassandra Lenning, WSBA No. 54336
David Bibiyan*
Bevin Pike*
Trisha Monesi Anderson*
Madison Gunning*
Scott J. Aldworth, WSBA No. 60949
Adarsh N. Parthasarathy, WSBA No. 62319
Alexis E. Hanson, WSBA No. 64041
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043
clenning@tomorrowlaw.com
david@tomorrowlaw.com
bpike@tomorrowlaw.com
tmonesi@tomorrowlaw.com

mgunning@tomorrowlaw.com
saldworth@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com
ahanson@tomorrowlaw.com

**Admitted pro hac vice*

*Attorneys for Plaintiffs, Plaintiff-Intervenors, and the Putative Class*



FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711