THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

Case No. 2:23-cv-01774-JNW

**DECLARATION OF CARRIE AKINAKA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO QUASH THIRD-PARTY SUBPOENAS AND FOR PROTECTIVE ORDER**

NOTE ON MOTION CALENDAR: NOVEMBER 17, 2026



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Carrie Akinaka, declare and state as follows:

1. I am counsel at Ashurst Perkins Coie LLP and counsel of record for Defendant Amazon.com, Inc. in the above-captioned matter. I am an attorney admitted to practice before this court. I am at least 18 years old, and I am competent to testify about the matters stated in this declaration. I have personal knowledge of all the facts set forth in this declaration. If I am called as a witness, I could and would competently testify to these facts.

2. This declaration is being submitted in support of Amazon's Opposition to Plaintiffs' Motion to Quash Third-Party Subpoenas and for a Protective Order.

3. On October 2, 2026, I emailed Plaintiffs' counsel to notify them of Amazon's intent to request documents from certain listed third parties, including Plaintiffs' prior and current employers and consulting firms, and to request Plaintiffs return signed authorizations by October 9, 2026 to permit Amazon to obtain records from the majority of these entities. I attached template forms and included instructions for how to complete them to minimize burden on Plaintiffs and to avoid subpoenas to the third parties.

4. On October 12, 2026, having received no response let alone signed authorizations, I followed up by email. Still receiving no response, on October 14, 2026, I emailed Plaintiffs' counsel a Notice of Intent to Serve Subpoenas on American Express Company (Plaintiff Wilmuth's former employer), Starbucks Corporation (Plaintiff Combs's former employer), Lyft, Inc. (Plaintiff Combs's former employer), Canary Research & Strategy (Plaintiff Wilmuth's consulting firm), and Artio Strategies (Plaintiff Combs's consulting firm), noting the subpoenas would be served the following day. I requested Plaintiffs' counsel advise whether they would accept service of the Canary and Artio subpoenas, as those are entities owned by Plaintiffs Wilmuth and Combs, respectively.

5. On October 15, 2026, Amazon served a subpoena on Lyft, Inc. and American Express Company. The same day, after the close of business, Plaintiffs' counsel sent an email with an attached letter regarding Amazon's Notice of Intent to Serve Subpoenas on American



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Express, Starbucks, and Lyft, requesting withdrawal of the subpoenas. Plaintiffs' counsel also requested the parties meet the following week to discuss the correspondence and the Artio and Canary subpoenas. Plaintiffs did not mention Amazon's prior authorization requests, neither in their email nor in the attached letter.

6. On October 16, 2026, Amazon served subpoenas on Canary and Artio through Plaintiffs' counsel, and Amazon served a subpoena on Starbucks.

7. On October 22, 2026, counsel for Amazon sent a response to Plaintiffs' letter regarding the subpoenas.

8. On October 22, 2026, counsel for the parties met and conferred via videoconference. As Plaintiffs' October 15, 2026 letter had acknowledged the relevance of certain employment records to Plaintiffs' claims for lost wages, counsel for the parties discussed at their conference that these records are relevant to the issues of damages and mitigation. Nevertheless, Plaintiffs refused to sign the authorization requests that Amazon had sent nearly three weeks prior. Accordingly, that same day, I sent Plaintiffs' counsel Amazon's Notice of Intent to Serve Subpoenas on Daniel J. Edelman Holdings (Plaintiff Schomer's former employer), PRR (Plaintiff Schomer's former employer), Holistic AI (Plaintiff Wilmuth's former employer, for whom she worked after leaving Amazon), and Wizards of the Coast (Plaintiff Schomer's current employer).

9. Amazon served the subpoenas on PRR and Wizards of the Coast on October 23, 2026. Wizards of the Coast acknowledged receipt on October 26, 2026 and requested an extension to produce documents until November 23, 2026. Amazon granted the extension request and requested a rolling production.

10. On October 30, 2026, PRR sent Amazon documents responsive to the subpoena.

11. On November 3, 2026, Starbucks sent Amazon documents responsive to the subpoena.

12. Also on November 3, 2026, Plaintiffs' counsel, on behalf of Artio and Canary, sent Amazon records responsive to portions of the Artio and Canary subpoenas. Two days later, on



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

November 5, 2026, Artio and Canary submitted declarations from their records custodian (Plaintiffs Wilmuth and Combs, respectively) that certain records were omitted from production due to the pending motion to quash.

13. At this time, Amazon does not intend to serve its subpoena on Holistic AI, as it appears the company is no longer located in the United States. Amazon is still attempting to effectuate service on the correct subsidiary entities associated with Plaintiffs' AmEx and Edelman employment.

14. Attached hereto as **EXHIBIT A** is a true and correct copy of Plaintiffs' Third Amended and Supplemental Initial Disclosures.

15. Attached hereto as **EXHIBIT B** is a true and correct copy of Plaintiff Caroline Wilmuth's Second Supplemental Responses and Objections to Defendant's First Set of Interrogatories.

16. Attached hereto as **EXHIBIT C** is a true and correct copy of Plaintiff Katherine Schomer's First Supplemental Responses and Objections to Defendant's First Set of Interrogatories.

17. Attached hereto as **EXHIBIT D** is a true and correct copy of Plaintiff Erin Combs's First Supplemental Responses and Objections to Defendant's First Set of Interrogatories.

18. Attached hereto as **EXHIBIT E** is a true and correct image of Plaintiff Erin Combs's LinkedIn Page as of November 12, 2026.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed on November 12, 2026 in Spokane, Washington.

By: */s/ Carrie Akinaka*

Carrie Akinaka
*Attorney for Defendant Amazon.com, Inc.*



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000