# Exhibit E

2 16 15 Retry Premium




# Erin Combs She/Her · 3rd

Executive Brand Strategist | Experienced Marketing Director | Partnership Leader | Former Amazon, Starbucks, & Lyft

Weyerhaeuser + 1 more

Seattle, Washington, United States · Contact info

500+ connections

Message + Follow ···

## About

For more than 20 years, I've led brand strategy, marketing, and community engagement for some of the world's most recognized brands and mission-driven organizations. My experience spans enterprise brand strategy, integrated marketing, corporate reputation, partnerships, and social impact.

Today, I lead enterprise marketing at Weyerhaeuser, helping to shape the marketing function and connect the company's businesses, products, and purpose through a cohesive brand and marketing strategy.

Previously, I served as Head of Marketing for Amazon's global corporate social responsibility (CSR) function and led enterprise brand strategy within its Worldwide Communications division. I also held leadership roles at Starbucks and Lyft, developing integrated marketing campaigns, community engagement, and partnerships spanning sports, entertainment, nonprofit, and community initiatives.

As the founder of Artio Strategies, I've had the opportunity to advise organizations across industries on brand strategy, marketing, corporate reputation, and partnerships, including leading marketing for the Puyallup Tribe of Indians' historic FIFA World Cup 2026 partnership.

No matter the organization or sector, my focus remains the same: building brands that connect with people, show up with authenticity, and deliver meaningful impact.

## Services

Brand Consulting · Marketing Consulting · Brand Marketing · Content Strategy · Marketing Strategy · Non-profit Consulting

Request services

Show all →

## Activity

+ Follow

1,262 followers

Posts · Comments · Images

**Erin Combs** in • 3rd+
Executive Brand Strategist | ...
1mo • Edited

From the beginning of my career, there have been some consistent threads in the decisions I've made: I've always... more




165 · 59

**Erin Combs** in • 3rd+
Executive Brand Strategist | ...
1yr

So excited to share this powerful moment!... more

**University of Washingto...**
1yr

>> https://gohski.es/4nK5FrY

Ahead of Washington... more



34

**Erin Co**
Executive
1yr

In my 25+ years
a #Bumbershoot
sponsor, transpo



43 · 3

Show all →

## Experience

**Director, Enterprise Marketing** Present
Weyerhaeuser
Sep 2026 - Present · 3 mos

**CEO & Principal** Present
Artio Strategies
Jan 2024 - Present · 2 yrs 11 mos

I help mission-driven organizations and big-name brands tell their stories, connect with their communities, and get real results.... ... more

**Amazon**
3 yrs 10 mos

**Principal Brand Strategist (L7), Worldwide Communications**
Feb 2022 - Dec 2023 · 1 yr 11 mos

Led data-driven brand strategy, messaging, and research initiatives supporting Amazon's corporate reputation and strategic communications across a highly decentralized global... more

**Head of Marketing (L7), Global Social Impact**
Full-time
Mar 2020 - Feb 2022 · 2 yrs

Built and led Amazon's first global social impact marketing function, establishing the brand strategy, marketing programs, and operating model to support the company's worl... more

**Regional Marketing Director, Pacific Northwest**
Lyft
Aug 2018 - Feb 2020 · 1 yr 7 mos
Seattle, Washington

Led regional marketing, partnerships, and community engagement in one of Lyft's most competitive markets.... ... more

**Starbucks**
7 yrs 7 mos
Seattle, WA

**Senior Manager, Brand Marketing & Partnerships**
Jun 2013 - Aug 2018 · 5 yrs 3 mos

Led brand strategy, local marketing, and community partnerships for Starbucks' in its headquarters market.... ... more

**Manager, Integrated Retail Marketing**
Feb 2011 - Jun 2013 · 2 yrs 5 mos

Managed integrated marketing strategy and national campaigns for Starbucks' Iced & Blended beverage portfolio.... ... more

Show all →

## Education

University of Washington
Bachelor's degree, Communications

## Skills (19)

Corporate Social Responsibility

Cross-functional Team Leadership

Show all →

## Interests

Top Voices | Companies | Groups | Newsletters | Schools



Andy Jassy · 3rd
President and CEO at Amazon
1,094,515 followers

+ Follow



Jory Des Jardins · 2nd
Fractional Chief AI Readiness Officer | Helping leaders redesign work, organizations & operating models for AI | Founder, AI Operators Exchange & Candor Partners | Co-Founder, BlogHer | Fmr AWS, ConsenSys
68,607 followers

+ Follow

Show all →