THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.com, Inc.,<br><br>Defendant. | Case No. 2:23-cv-01774-JNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF MAGISTRATE JUDGE PURSUANT TO 28 U.S.C. § 636(c)(1) AND LCR 73**<br><br>NOTICE ON MOTION CALENDAR: NOVEMBER 16, 2026 |



OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

**STIPULATION**

Plaintiffs Caroline Wilmuth, Katherine Schomer, and Erin Combs ("Plaintiffs") and Defendant Amazon.com, Inc. (together, the "Parties"), stipulate as follows:

WHEREAS, on January 16, 2024, the Court notified the Parties that they could consent to the assignment of Magistrate Judge Michelle L. Peterson pursuant to 28 U.S.C. § 636, Dkt. 24;

WHEREAS, the Parties did not consent to the assignment of a Magistrate Judge at that time;

WHEREAS, there are currently four motions pending before the Court: Plaintiffs' Motion for Leave to File Second Amended Complaint, Dkt. 87 (fully briefed as of December 23, 2025); Plaintiff-Intervenors' Motion to Intervene, Dkt. 103 (fully briefed as of April 27, 2026); Plaintiffs' Motion for Consolidation, Dkt. 122 (fully briefed as of May 4, 2026)[1]; and Plaintiffs' Motion to Compel Collection and Production of Electronically-Stored Information, Dkt. 176 (fully briefed as of September 21, 2026) (the "Motions"); and

WHEREAS, the Parties have conferred and agree that appointment of a Magistrate Judge to resolve these and similar motions may assist the Court in advancing the litigation;

NOW, therefore, pursuant to 28 U.S.C. § 636(c)(1) and LCR 73(a), the Parties consent and jointly request that Magistrate Judge Michelle Peterson resolve the pending Motions and any other non-dispositive pre-class certification motions that may be filed in this litigation, and further agree that, consistent with 28 U.S.C. § 636(c)(1), the Magistrate Judge's decisions will have the same effect as if they had been decided by the District Judge. By entering this

---

[1] The Motion for Consolidation was cross-filed in this litigation and the related case *Srinivas v. Amazon.com, Inc.*, No. 26 Civ. 1199, Dkt. 15. On June 10, 2026, the *Wilmuth* Plaintiffs and *Srinivas* Plaintiffs jointly stipulated that the *Wilmuth* Plaintiffs withdrew their initial opposition to, and affirmatively joined, the Motion for Consolidation, and further that the *Srinivas* Plaintiffs will withdraw their pending Motion for Intervention if the Motion for Consolidation is granted. Dkt. 154.



OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

stipulation, neither party waives any right it would otherwise have to appeal decisions to the United States Court of Appeals for the Ninth Circuit after a final judgment or otherwise.

RESPECTFULLY SUBMITTED this 16th day of November, 2026.

By: /s/ Carrie Akinaka

Andrew E. Moriarty, WSBA No. 28651
Juliana Bennington, WSBA 60357
Carrie Akinaka, WSBA No. 62079
**Ashurst Perkins Coie US LLP**
1301 Second Ave. Ste. 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Andrew.Moriarty@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Carrie.Akinaka@ashurstperkins.com

Jason C. Schwartz (pro hac vice)
Molly T. Senger (pro hac vice)
Matt Gregory (pro hac vice)
Alex Bruhn (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
1700 M St. N.W.
Washington, D.C. 20036
Telephone: +1.202.955.8500
Facsimile: +1.202.467.0539
JSchwartz@gibsondunn.com
MSenger@gibsondunn.com
MGregory@gibsondunn.com
ABruhn@gibsondunn.com

Lauren Blas (pro hac vice)
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1.213.229.3800
Facsimile: +1.949.451.4220
LBlas@gibsondunn.com

By: /s/ Jahan C. Sagafi

OUTTEN & GOLDEN LLP

Jahan C. Sagafi*
Hannah C. Meropol*
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com
hmeropol@outtengolden.com

Adam T. Klein*
Cara E. Greene*
Michael C. Danna*
Zarka Shabir DSouza*
685 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 209-0675
aklein@outtengolden.com
cgreene@outtengolden.com
mdanna@outtengolden.com
zdsouza@outtengolden.com

Jenny Yang*
Jennifer Davidson*
Jon Ostrowsky*
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 918-5476
jyang@outtengolden.com
jdavidson@outtengolden.com
jostrowsky@outtengolden.com

*Attorneys for Defendant Amazon.com, Inc.*

BIBIYAN LAW GROUP, P.C.

By: */s/ Cassandra Lenning*
Cassandra Lenning, WSBA No. 54336
David Bibiyan*
Madison Gunning*
Adarsh Parthasarathy, WSBA No. 62319
Alexis Hanson, WSBA No. 64041
COLUMBIA CENTER
701 Fifth Ave., 42 Floor
Seattle, WA 98104
Telephone: (206) 225-2043
clenning@tomorrowlaw.com
david@tomorrowlaw.com
mgunning@tomorrowlaw.com
aparthasarathy@tomorrowlaw.com
ahanson@tomorrowlaw.com

FRANK FREED SUBIT & THOMAS LLP

Michael C. Subit, WSBA No. 29189
Jillian Cutler, WSBA No. 39305
msubit@frankfreed.com
jcutler@frankfreed.com
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Telephone: (206) 682-6711
Facsimile: (206) 682-0401

EQUAL RIGHTS ADVOCATES

Noreen Farrell*
Catherine Bendor*
Cassidy Clark*
611 Mission St, 4th Floor
San Francisco, CA 94105
Mailing: 150 Sutter St, P.O. Box #87
San Francisco, CA 94104
Telephone: (415) 471-1470

nfarrell@equalrights.org
cbendor@equalrights.org
cclark@equalrights.org

*Attorneys for Plaintiffs, Intervenors, and the Putative Class*

**admitted pro hac vice*

**[PROPOSED] ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated:

______________________________________

Honorable Jamal N. Whitehead
United States District Judge
Western District of Washington

PRESENTED BY:

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi
OUTTEN & GOLDEN LLP
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
jsagafi@outtengolden.com