THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.com, Inc.,

Defendant.

Case No. 2:23-cv-01774-JNW

**DECLARATION OF CASSANDRA W. LENNING IN SUPPORT OF MOTION TO QUASH THIRD-PARTY SUBPOENAS AND FOR PROTECTIVE ORDER**

I, Cassandra W. Lenning, declare as follows:

1. I am a Senior Managing Attorney with Bibiyan Law Group, P.C., a member in good standing of the Washington State Bar, and counsel of record for Plaintiffs in this matter.

2. I am over the age of eighteen and competent to testify to the matters set forth herein, which are based on my personal knowledge.

3. This declaration is submitted in support of Plaintiffs' Motion to Quash Third-Party Subpoenas and for a Protective Order, and Plaintiff's Reply thereto.

4. On May 24, 2026, Plaintiffs served on Amazon their First Set of Requests for Production of Documents to Defendant. RFP 16 requests: "All documents received in response to any subpoena related to this action, and all communications with any third-party on whom any subpoena is



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

served."

5. Counsel for Defendant, Carrie Akinaka, has represented to this Court that in response to the third-party employer subpoenas at issue in the present Motion, one of Plaintiff Schomer's former employers (PRR) and one of Plaintiff Combs' former employers (Starbucks) sent Amazon documents responsive to the contested subpoenas over two weeks ago.

6. To date, Defendant has not produced the subpoenaed documents to Plaintiffs, despite being directly responsive to Plaintiffs' RFP No. 16.

7. On May 31, 2024, Defendant issued its First Set of Requests for Production to Plaintiffs Wilmuth, Schomer, and Combs, which include numerous RFPs related to Plaintiffs' damages, post-Amazon income, post-Amazon employment, and mitigation efforts. *See* Combs RFP Nos. 14, 15, 18, 25. None of Defendant's RFPs request documents reflecting "the equity, bonuses, leaves or benefits provided to Plaintiffs during their subsequent employment" or similar.

8. Discovery is ongoing in this matter, with Fact Discovery not set to close until March 15, 2027 (Dkt. 189), and Defendant has not taken Plaintiffs' declarations yet. Defendant could propound additional discovery requests related to "the equity, bonuses, leaves or benefits provided to Plaintiffs during their subsequent employment" or ask Plaintiffs about this during their yet-to-be scheduled depositions. Instead, Defendant seeks this information for directly from Plaintiffs' current and other post-Amazon employers.

9. Over the past two-and-a-half years, Plaintiffs have produced extensive documentation and sworn interrogatory responses detailing their ongoing mitigation efforts, including all efforts to obtain work since their Amazon employment ended, including job applications, resumes, cover letters, networking, engaging career coaches, etc., as well as all post-Amazon income. For example, Plaintiffs just supplemented Plaintiff Caroline Wimuth's Responses and Objections to Defendant's



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

First set of Interrogatories on November 6, 2026, and expect to supplement Plaintiff Schomer's and Plaintiff Combs' Interrogatory Responses within the next two weeks. Plaintiffs have periodically produced additional documents reflecting their post-Amazon mitigation efforts and income, and will continue to supplement such productions with any remaining responsive documents.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 17th day of November, 2026, at Brier, Washington.

*/s/ Cassandra W. Lenning*
Cassandra W. Lenning, WSBA No. 54336



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043