THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CAROLINE WILMUTH, KATHERINE SCHOMER, and ERIN COMBS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.com, Inc.,<br>Defendant. | Case No. 2:23-cv-01774-JNW<br><br>**DECLARATION OF ERIN COMBS IN SUPPORT OF MOTION TO QUASH THIRD-PARTY SUBPOENAS AND FOR PROTECTIVE ORDER** |

I, Erin Combs, declare as follows:

1. I am over the age of eighteen, competent to testify to the matters stated herein, and have personal knowledge of the facts set forth in this declaration.

2. I am a Plaintiff in the above-captioned matter, and provide this declaration in support of the motion to quash third-party subpoenas and for a protective order.

3. I am also the sole owner and proprietor of Artio Strategies LLC, a consulting firm I founded after my employment with Amazon ended.

4. In addition to running Artio Strategies, I have held one full-time employment position since my employment with Amazon ended. Specifically, I worked for one of my largest consulting clients, Puyallup Tribal Enterprises, as Director of Brand Management between early



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

January 2026 and early April 2026.

5. I did not notify the Puyallup Tribe of my lawsuit against Amazon out of fear that it would adversely impact my employment and/or consulting relationship. I do not believe the Tribe was aware of the lawsuit until they received Amazon's subpoena for my employment records.

6. I received and reviewed the subpoena Amazon issued to Artio Strategies LLC. On November 3, 2026, by and through my counsel, I provided Amazon with responsive documents relating to Artio Strategies' income and profits, and the compensation I have received through Artio, which I understand is relevant to my post-Amazon mitigation efforts and economic damages.

7. I have deep reservations about the scope of the subpoena to Artio Strategies, which in addition to the foregoing financial documents I already produced, also seeks (among other categories of documents): "Correspondence or proposals to clients and potential clients describing consulting services offered" by me / Artio Strategies.

8. Producing all email and other correspondence between me and my clients and *prospective clients* would be highly intrusive and burdensome. As a consultant and sole proprietor, the very definition of "prospective client" is such that I do not know how I could respond to Amazon's request. I regularly integrate communication about my services to personal acquaintances, casual professional colleagues, formal networking contacts, former clients, current clients and others. Amazon's request to produce all correspondence relating to my services would require producing a significant percentage of my professional communications to nearly every individual I have communicated with since starting my business, which have nothing to do with Amazon or this lawsuit.

9. Further, this specific request is particularly concerning because my proposals and



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

correspondence necessarily contain the confidential and proprietary business information of third-party clients who have absolutely no connection to this lawsuit.

10. When I submit a proposal or correspond with a potential client about a scope of work, those communications inherently detail the client's internal challenges, strategic goals, and confidential business and financial information shared with me strictly to facilitate the consulting process. Furthermore, my work product and client communications reveal my firm's proprietary methodologies, customized strategies, and specific approaches to solving client problems.

11. Thus, as a fundamental condition of operating my consulting business, I enter into Non-Disclosure Agreements (NDAs) between Artio Strategies and my clients, which governs all information the clients share with Artio Strategies, my work-product, and our communications.

12. Compelling the production of these documents and communications would force me to violate the NDAs I entered and betray the confidentiality of my clients.

13. I fear disclosing my clients' confidential and proprietary information would irreparably damage my client relationships, and severely harm the ongoing viability of Artio Strategies LLC.

14. The financial documents I have produced from Artio Strategies, and will continue to supplement in the future, provide a complete and accurate picture of Artio's income and profits, and the compensation derived from these engagements.

15. From my perspective, the financial documents fully satisfy any need Amazon has to verify my mitigation efforts and economic damages. I do not understand therefore Amazon's factual or legal justification for digging into the confidential and proprietary details of my consulting proposals and client communications. This feels harassing and retaliatory.

16. I respectfully request that the Court quash the overbroad provisions of Amazon's subpoena and enter a protective order shielding Artio Strategies LLC from the forced disclosure of



BIBIYAN LAW GROUP, P.C.
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043

irrelevant, confidential, and proprietary business information.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 17th day of November, 2026, at Seattle, Washington.

Erin Combs (Nov 17, 2026 20:15:00 PST)

Erin Combs



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 Fifth Ave., 42nd Floor
Seattle, WA 98104-5119
Telephone: (206) 225-2043